## Commonwealth ex rel. Moody *v.* Moody, Appellant.

Argued June 16, 1972. *Deborah G. Green,* for appellant; no oral argument was made nor brief submitted for relatrix, appellee.

OPINION PER CURIAM: We remand this case to the hearing judge in order to allow that judge to take testimony for the purpose of determining whether the de-

fendant intentionally refused to pay the support order or whether it was because of his financial inability to pay the order.